**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Abner Felipe Bezerra

Case No: 23–40585 – MER

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss Abner Felipe Bezerra. After notice and hearing the court has determined that the case as to Abner Felipe Bezerra should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Abner Felipe Bezerra is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 10/10/23

Michael E Ridgway
United States Bankruptcy Judge

**odsm/mnbodsm.jsp 06/22**